## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4848                                  Assigned/Issued By: j.n.

Judge Name: moran                                      Designated Magistrate Judge: valdez

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00      [ ] $5.00
                [ ] IFP         [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____                    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                                       Receipt #: 3048524

Date Payment Rec'd: 8-25-08                            Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                                            [ ] Alias Summons
[ ] Third Party Summons                                [ ] Lis Pendens
[ ] Non Wage Garnishment Summons                       [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons                 _____
[ ] Citation to Discover Assets                        *(Victim, Against and $ Amount)*
[ ] Writ _____                          [ ] Other _____
    *(Type of Writ)*                                       *(Type of issuance)*

1 Original and 0 copies on 8-25-08 as to defendant
                            *(Date)*